UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

COREY AVENT,

                                  Plaintiff,      04 CV 2451 (CMA) (CLP)

             -against-

THE CITY OF NEW YORK, et al.,

                                  Defendants.

----------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

      **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

      I am over 18 years of age and am not a party to this action.

      That on December 17, 2004, at 2:50 p.m., at the office of the Corporation Counsel of the City of New York, 100 Church Street, 4th Floor, New York, NY 10007, I served an **Amended Summons and Complaint** upon the City of New York and Raymond Williams, defendants therein named, by delivering and leaving one true copy of the **Amended Summons and Complaint** with Celeste Spiridigliozzi personally.  Declarant knew said individual to be authorized to accept service on behalf of defendants City of New York and Raymond Williams.

Dated:      New York, New York
                  December 18, 2004

                                          By:     s/
                                                 Rose M. Weber  (RW 0515)