FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ SEP 26 2006 ★
P.M.
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

COREY AVENT,

    Plaintiff

-against-

THE CITY OF NEW YORK, DET. CLAUDIO SCARLATO, DET. RAYMOND WILLIAMS, SGT. MICHAEL LAMNECK, DET. DEODHRAM SINGH, DET. AUBREY HENRY, AND P.O.'s JOHN AND JANE DOE #1-10, individually and in their official capacities, (the names of John and Jane Doe being fictitious, as the true names are presently unknown),

    Defendants.

---------------------------------------------------------------x

STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE

04-CV-2451 (CBA) (CLP)

    **WHEREAS,** plaintiff commenced this action by filing a complaint on or about June 15, 2004, alleging that his civil and state common law rights were violated; and

    **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

    **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

    1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff the total sum of Forty Thousand Dollars ($40,000.00) in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against the individually named defendants (Claudio Scarlato, Raymond Williams, Deodhram Singh, Aubrey Henry) and to release all defendants, any present or former employees or agents of the City of New York, and the City of New York from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and/or settlement shall not be admissible in, nor is it related to, any other litigation or proceeding (criminal, state, or administrative) or settlement negotiations for any purpose.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

Apr 28 2006 05:26pm P003/006
Fax:

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
April 28, 2006

ROSE WEBER
*Attorney for Plaintiff*
Law Offices of Rose Weber
225 Broadway, Suite 1608
Brooklyn, N.Y. 10007
(212) 748-3355

By: *Rose M. Weber*
ROSE WEBER (RW 0575)

SO ORDERED:

/s/ Hon. Carol B. Amon
U.S.D.J.
9/13/06

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street, 3-189
New York, N.Y. 10007
(212) 788-0893

By: _____
SHERYL BRUZZESE (SB 5680)
Assistant Corporation Counsel